THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK NUDO, Appellant, and PHILIP LASCALA and ANTHONY SMIECH, Defendants.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of the crime of criminally receiving stolen property. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN H. SAVAGE, Respondent, v. THE MATHIESON ALKALI WORKS (INC.), Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from denies defendant's motion to dismiss plaintiff's second alleged cause of action, in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ESTHER M. YOUNG, Appellant, v. HARRY E. HARDING, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of WILLIAM L. CLAY, an Attorney and Counselor at Law, Respondent.— Report and supplemental report of referee confirmed, additional finding of fact made and order entered censuring the respondent. (*Matter of Harris*, 258 App. Div. 852.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

## FIRST DEPARTMENT, APRIL, 1941.
### (April 4, 1941.)

In the Matter of KATHERINE BROPHY, Also Known as KATHERINE A. BROPHY, Deceased. MATTHEW F. QUINN, as Administrator, and Others, Appellants; PATRICK J. HAYES, as Surviving Executor, and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of EUDORA LEIGHTON CRUMP, Deceased. STATE TAX COMMISSION, Appellant; WALTER GRAY CRUMP, JR., as Executor, etc., of EUDORA LEIGHTON CRUMP, Deceased, Respondent.— Appeal unanimously dismissed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [175 Misc. 191.]

L. & A. REALTY CORPORATION, Appellant, v. WEST SIDE FEDERAL SAVINGS AND LOAN ASSOCIATION, Defendant-Respondent, and HENRY BARON, on His Own Behalf and on Behalf of All Other Persons Who Are Owners of Premises Numbers 2133 to 2159 Bogart Avenue, in the Borough of Bronx, City and State of New York, Inclusive, Similarly Situated, Intervenor, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant against the intervenor-respondent, and the motion denied. The papers in support of the application to intervene fail to disclose any interest of the intervenor in the subject of the action. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.